UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**MENACHEM RAITPORT and CROWN KOSHER
MEAT MARKET INC.,** on behalf of themselves and
all others similarly situated**,**

                    Plaintiff,

          -vs.-

**HARBOUR CAPITAL CORPORATION,**

                    Defendant.

09 CV 00156 (SM)

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties to this case, through their respective attorneys, that Menachem Raitport's and Crown Kosher Meat Market Inc.'s individual claims are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The proposed classes have not been certified, and, therefore, the proposed classes' claims are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to bear its own attorney's fees, expenses and costs.

Dated: July 16, 2018

BY:   /s/Aytan Y. Bellin
       Aytan Y. Bellin
       BELLIN & ASSOCIATES LLC
       50 Main Street, Suite 1000
       White Plains, NY 10606
       (914) 358-5345
       aytan.bellin@bellinlaw.com
       *Attorneys for Plaintiffs Menachem*
       *Raitport and Crown Kosher Meat*

BY:   /s/William E. Christie
       William E. Christie, Esq.
       Shaheen & Gordon, P.A.
       107 Storrs Street
       Concord, NH 03301
       (603) 819-4231
       wchristie@shaheengordon.com
       *Attorneys for Defendant Harbour*
       *Capital Corporation*

*Market Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 16, 2018.

DATED: July 16, 2018

/s/ Aytan Y. Bellin
By: Aytan Y. Bellin, Esq.
One of Plaintiffs' Attorneys
85 Miles Avenue
White Plains, New York 10606
(914) 358-5345
aytan.bellin@bellinlaw.com